# EXHIBIT A

## FRANCHISEE OWNER INFORMATION

<u>Principal Owners</u>.  Franchisee represents and warrants that the following is a complete and accurate list of all Principal Owners of Franchisee, including the full name, mailing address and social security number of each Principal Owner, and fully describes the nature and extent of each Principal Owner's interest in Franchisee.

| <u>Principal Owner's Name, Address and Social Security Number</u> | <u>Description of Interest</u> |
|---|---|
| Dolat D. Patel<br>5370 Clayton Rd.<br>Concord, CA  94521<br>SSN: 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 | 35% |
| Arun G. Amin<br>5012 Raven Way<br>Clayton, CA  94517<br>SSN: 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 | 10% |
| Mehrdad Homayuni<br>1511 Manitou Circle<br>Santa Barbara, CA  93105<br>SSN: 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 | 20% |
| Vipul Raje Vaid<br>4130 St. Andrews Dr.<br>Stockton, CA  95219<br>SSN: 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 | 20% |

**FRANCHISEE**

CORDELIA HOTEL VENTURES, INC.,
a California corporation

By: _____
Name:  Dolat D. Patel
Title:  President

A-1

g:\legal\fran\matters\fairfield, ca\franchise agmt v2.doc
September 25, 2003