# EXHIBIT B

## MAP OF ASSIGNED AREA

[THIS PAGE INTENTIONALLY LEFT BLANK]

Fairfield, CA Assigned Area