1  **BRYAN CAVE LLP**
   Joel Siegel, California SBN: 155581
2  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
3  Telephone:  (310) 576-2100
   Facsimile:  (310) 576-2200
4
   Attorneys for Plaintiff,
5  La Quinta Franchising, LLC.

6

7

8              **UNITED STATES DISTRICT COURT**
9            **NORTHERN DISTRICT, SAN FRANCISCO**

10

11 LA QUINTA FRANCHISING, LLC,            No. 07        2556
   a Nevada limited liability company,
12                                         **NOTICE OF INTERESTED PARTIES**
            Plaintiff,
13                                         (Superior Court of California, County of
       vs.                                 San Francisco, Case No. CGC 07-
14                                         274006)
   CORDELIA HOTEL VENTURE, INC.,
15 a California Corporation and DOLAT
   PATEL, an individual,
16
            Defendants.
17

18

19 TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR

20 ATTORNEYS OF RECORD:

21        Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following

22 listed persons, associations of persons, firms, partnerships, corporations (including

23 parent corporations) or other entities (i) have a financial interest in the subject

24 matter in controversy or in a party to the proceeding, or (ii) have a non-financial

25 interest in that subject matter or in a party that could be substantially affected by the

26 outcome of this proceeding:

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1
2  La Quinta Franchising, LLC          Joel D. Siegel, Esq.
   Att: Franchise Department            Bryan Cave LLP
3  909 Hidden Ridge, Suite 600          120 Broadway, Suite 300
   Irving, Texas 75038                  Santa Monica, CA 90401
4                                       Ph: (310) 576-2325
5                                       Fax: (310) 576-2200
6                                       Email: Joel.Siegel@bryancave.com
7  Dolat Patel
8  Cordelia Hotel Ventures, Inc.
   5370 Clayton Road
9  Concord, CA 94521
10
11 Dated:  May 14, 2007                 Joel Siegel
                                        BRYAN CAVE LLP
12                                      By:
13
                                        Attorneys for Plaintiff
14                                      LA QUINTA FRANCHISING, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS\637825.1                       2