1  **BRYAN CAVE LLP**
   Joel Siegel, California SBN: 155581
2  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
3  Telephone: (310) 576-2100
   Facsimile: (310) 576-2200
4
   Attorneys for Plaintiff,
5  La Quinta Franchising, LLC.

ORIGINAL

FILED

MAY 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT, SAN FRANCISCO

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CORDELIA HOTEL VENTURE, INC., a California Corporation and DOLAT PATEL, an individual,<br><br>Defendants. | Case No. C072556 JL<br><br>**PROOF OF SERVICE OF DOLAT PATEL AND CORDELIA HOTEL VENTURES, INC. AND ORIGINAL SUMMONS** |

SM01DOCS\638814.1

| Attorney or Party without Attorney:<br>JOEL D. SIEGEL, Bar #155581<br>BRYAN CAVE LLP<br>120 BROADWAY<br>SUITE 300<br>SANTA MONICA, CA 90401<br>Telephone No: 310-576-2100    FAX No: 310-576-2200<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: LA QUINTA FRANCHISING, LLC, ETC. | |
| Defendant: CORDELIA HOTEL VENTURE, INC., ETC., ET AL. | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072556 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE OF INTERESTED PARTIES ; ECF REGISTRATION INFORMATION HANDOUT ; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

3. a. Party served:    DOLAT PATEL, an individual

4. Address where the party was served:    782 Ignacio Woods Court
   CONCORD, CA 94518

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 15, 2007 (2) at: 9:05PM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO
   
   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:    2005-0000968-00
      (iii) County:    San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Wed, May. 16, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

RAIMUNDO CARVALHO
3818134.joesi.66261

| Attorney or Party without Attorney: <br> JOEL D. SIEGEL, Bar #155581 <br> BRYAN CAVE LLP <br> 120 BROADWAY <br> SUITE 300 <br> SANTA MONICA, CA 90401 <br> Telephone No: 310-576-2100  FAX No: 310-576-2200 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: LA QUINTA FRANCHISING, LLC, ETC. | |
| Defendant: CORDELIA HOTEL VENTURE, INC., ETC., ET AL. | |

| PROOF OF SERVICE SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number: C072556 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE OF INTERESTED PARTIES ; ECF REGISTRATION INFORMATION HANDOUT ; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

3. a. Party served:          CORDELIA HOTEL VENTURE, INC., a California Corporation
   b. Person served:         Mohammed Rahseparian, agent authorized to accept service of process

4. Address where the party was served:    5370 CLAYTON ROAD
                                          CONCORD, CA 94520

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 15, 2007 (2) at: 1:00PM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO                              d. *The Fee for Service was:*

   **First Legal Support Services** sm               e. I am: (3) registered California process server
       ATTORNEY SERVICES                                 (i)  Employee
   1138 HOWARD STREET                                    (ii) Registration No.:    2005-0000968-00
   San Francisco, CA 94103                               (iii) County:              San Francisco
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, May. 16, 2007

   Judicial Council Form                    PROOF OF SERVICE                      RAIMUNDO CARVALHO
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION                  3818143.joesi.66262

AO 440   (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

LA QUINTA FRANCHISING, LLC

V.

CORDELIA HOTEL VENTURE, INC., and DOLAT PATEL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **C 07 2556**

JL

E-filing

TO: (Name and address of Defendant)
Dolat Patel
Cordelia Hotel Ventures, Inc.
5370 Clayton Road.
Concord, CA 94521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joel Siegel, Esq.
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

CLERK

(By) DEPUTY CLERK

DATE    MAY 1 4 2007

American LegalNet, Inc
www.FormsWorkflow.com