**BRYAN CAVE LLP**
Joel D. Siegel, California SBN: 155581
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Plaintiff,
La Quinta Franchising, LLC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT, SAN FRANCISCO

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CORDELIA HOTEL VENTURE, INC., a California Corporation and DOLAT PATEL, an individual,<br><br>Defendants. | Case No. C072556 JL<br><br>[Assigned to Magistrate Judge James Larsen]<br><br>REQUEST TO ENTER DEFAULT OF DEFENDANT CORDELIA HOTEL VENTURE, INC.<br><br>[Filed concurrently with Declaration of Joel D. Siegel; and Requests to Enter Default of Defendant Dolat Patel] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff LA QUINTA FRANCHISING, LLC. ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant CORDELIA HOTEL VENTURE, INC. ("Defendant") on the grounds that Defendant has failed to respond to Plaintiff's Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff completed service of the Summons and Complaint on Defendant on May 15, 2007, as evidenced by the Proof of Service of summons and complaint on file with this Court, a true and correct copy of which is attached to the Declaration of Joel D. Siegel as Exhibit "A," for the Court's convenience, filed concurrently herewith.

1  Defendant did not file a responsive pleading or otherwise defend against
2  Plaintiff's Complaint within the 20 day period, which expired on June 4, 2007, or at
3  any time to date since the service was completed.
4      Accordingly, Plaintiff requests that the Clerk enter default of Defendant in
5  this action.

6  Dated: June 25, 2007

**BRYAN CAVE LLP**
JOEL D. SIEGEL

By: /s/
Joel D. Siegel
Attorneys for Plaintiff
LA QUINTA FRANCHISING, LLC

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS\642446.1

2

REQUEST TO ENTER DEFAULT OF DEFENDANT
CORDELIA HOTEL