**BRYAN CAVE LLP**
Joel D. Siegel, California SBN: 155581
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Plaintiff,
La Quinta Franchising, LLC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT, SAN FRANCISCO

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CORDELIA HOTEL VENTURE, INC., a California Corporation and DOLAT PATEL, an individual,<br><br>Defendants. | Case No. C072556 JL<br><br>[Assigned to Magistrate Judge James Larsen]<br><br>DECLARATION OF JOEL D. SIEGEL IN SUPPORT OF REQUESTS TO ENTER DEFAULT<br><br>[Filed concurrently with Requests to Enter Default of Defendant Dolat Patel; and Requests to Enter Default of Defendant Cordelia Hotel Venture, Inc.] |

I, JOEL D. SIEGEL, declare and state as follows:

1. I am an attorney, duly licensed to practice before the United States District Court for the State of California. I am a partner of Bryan Cave LLP, attorneys for Plaintiff La Quinta Franchising, LLC. ("Plaintiff"). I submit this declaration in support of entry of default judgment against Defendants Cordelia Hotel Venture, Inc., and Dolat Patel ("Defendants"). This Declaration is based upon my personal knowledge, and if I were called as a witness, I could and would testify as set forth below.

///
///

2. On May 14, 2007, Plaintiff La Quinta Franchising, LLC filed a Complaint in the above-entitled action against Defendants CORDELIA HOTEL VENTURE, INC. and DOLAT PATEL.

3. On May 15, 2007, Defendant CORDELIA HOTEL VENTURE, INC. was personally served with the Summons and Complaint in this action as appears from the Proof of Service attached hereto as Exhibit A.

4. On May 15, 2007, Defendant DOLAT PATEL was personally served with the Summons and Complaint in this action as appears from the Proof of Service attached hereto as Exhibit A.

5. To date, neither an appearance nor a responsive pleading has been made or filed in this case by Defendants CORDELIA HOTEL VENTURE, INC. or DOLAT PATEL.

6. Plaintiff La Quinta Franchising, LLC has filed Requests for Entry of Default by the Clerk concurrently herewith as to Defendants CORDELIA HOTEL VENTURE, INC., and DOLAT PATEL in this action.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2007, at Santa Monica, California.

/s/
_____
Joel D. Siegel