# EXHIBIT A

BRYAN CAVE LLP
Joel Siegel, California SBN: 155581
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Plaintiff,
La Quinta Franchising, LLC.

ORIGINAL FILED

MAY 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT, SAN FRANCISCO

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CORDELIA HOTEL VENTURE, INC., a California Corporation and DOLAT PATEL, an individual,<br><br>Defendants. | Case No. C072556 JL<br><br>**PROOF OF SERVICE OF DOLAT PATEL AND CORDELIA HOTEL VENTURES, INC. AND ORIGINAL SUMMONS** |

SM01DOCS\638814.1

| Attorney or Party without Attorney: <br> JOEL D. SIEGEL, Bar #155581 <br> BRYAN CAVE LLP <br> 120 BROADWAY <br> SUITE 300 <br> SANTA MONICA, CA 90401 <br> Telephone No: 310-576-2100    FAX No: 310-576-2200 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: LA QUINTA FRANCHISING, LLC, ETC. |
|---|
| Defendant: CORDELIA HOTEL VENTURE, INC., ETC., ET AL. |

| **PROOF OF SERVICE** <br> **SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C072556 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE OF INTERESTED PARTIES ; ECF REGISTRATION INFORMATION HANDOUT ; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

3. a. Party served:    DOLAT PATEL, an individual

4. Address where the party was served:    782 Ignacio Woods Court
   CONCORD, CA 94518

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 15, 2007 (2) at: 9:05PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO
   
   First Legal Support Services sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:    2005-0000968-00
      (iii) County:    San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, May. 16, 2007

   _signature: RAIMUNDO CARVALHO_

   Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007    PROOF OF SERVICE <br> SUMMS IN CIV. ACTION    3818134.joesi.66261

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOEL D. SIEGEL, Bar #155581<br>BRYAN CAVE LLP<br>120 BROADWAY<br>SUITE 300<br>SANTA MONICA, CA 90401<br>Telephone No: 310-576-2100    FAX No: 310-576-2200 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: LA QUINTA FRANCHISING, LLC, ETC. | | |
| Defendant: CORDELIA HOTEL VENTURE, INC., ETC., ET AL. | | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072556 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE OF INTERESTED PARTIES ; ECF REGISTRATION INFORMATION HANDOUT ; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

3. a. Party served:      CORDELIA HOTEL VENTURE, INC., a California Corporation
   b. Person served:    Mohammed Rahseparian, agent authorized to accept service of process

4. Address where the party was served:    5370 CLAYTON ROAD
                                          CONCORD, CA 94520

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 15, 2007 (2) at: 1:00PM

7. Person Who Served Papers:                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO          d. The Fee for Service was:
                                 e. I am: (3) registered California process server
                                    (i)   Employee
                                    (ii)  Registration No.:    2005-0000968-00
                                    (iii) County:              San Francisco

First Legal Support Services ℠
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, May. 16, 2007

                                                                                    (RAIMUNDO CARVALHO)

Judicial Council Form                    PROOF OF SERVICE                          3818143.joesi.66262
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION

AO 440    (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California



LA QUINTA FRANCHISING, LLC

V.

CORDELIA HOTEL VENTURE, INC., and DOLAT PATEL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 07 2556 JL

TO: (Name and address of Defendant)
Dolat Patel
Cordelia Hotel Ventures, Inc.
5370 Clayton Road.
Concord, CA 94521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joel Siegel, Esq.
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(By) DEPUTY CLERK

DATE    MAY 1 4 2007

American LegalNet, Inc.
www.FormsWorkflow.com