**BRYAN CAVE LLP**
Joel D. Siegel, California SBN: 155581
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Plaintiff,
La Quinta Franchising, LLC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT, SAN FRANCISCO

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CORDELIA HOTEL VENTURE, INC., a California Corporation and DOLAT PATEL, an individual,<br><br>Defendants. | Case No. C072556 JL<br><br>[Assigned to Magistrate Judge James Larsen]<br><br>PROOF OF SERVICE<br><br>[Filed concurrently with Requests to Enter Default of Defendant Dolat Patel; Requests to Enter Default of Defendant Cordelia Hotel Venture, Inc. and Declaration Of Joel D. Siegel In Support Of Requests To Enter Default] |

SM01DOCS\642703.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On June 25, 2007, I served the following documents, described as: **REQUEST TO ENTER DEFAULT OF DEFENDANT DOLAT PATEL; REQUEST TO ENTER DEFAULT OF DEFENDANT CORDELIA HOTEL VENTURE, INC. ; DECLARATION OF JOEL D. SIEGEL IN SUPPORT OF REQUESTS TO ENTER DEFAULT**

on each interested party in this action, as follows:

| Dolat Patel<br>782 Ignacio Woods Court<br>Concord, CA 94518 | Mohammed Rahseparian,<br>Agent for Service of Process<br>Cordelia Hotel Venture, Inc.<br>5370 Clayton Road<br>Concord, CA 94520 |
|---|---|

☒ **(BY MAIL)** I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ **(BY DELIVERY)** I caused a true copy of the foregoing document to be served by delivery to the offices of counsel of record for the interested party in this action.

☐ **(BY FEDEX)** I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

Executed on June 25, 2007, at Santa Monica, California.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

/s/
_____
Susan Gordon