**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                           General Court Number
Clerk                                                                                                     415.522.2000

July 10, 2007

RE:  CV 07-02556 JL   LA QUINTA FRANCHISING-v- CORDELIA HOTEL VENTURE INC

Default is entered as to defendant's Cordelia Hotel Venture Inc. and Dolat Patel on 7/10/07.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89