1  **BRYAN CAVE LLP**
Joel D. Siegel, California SBN: 155581
2  Heather S. Orr California SBN: 239449
120 Broadway, Suite 300
3  Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
4  Facsimile:    (310) 576-2200

5  Attorneys for Plaintiff,
La Quinta Franchising, LLC.

6

7

8                **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT, SAN FRANCISCO**

10

| | |
|---|---|
| 11  LA QUINTA FRANCHISING, LLC, a Nevada limited liability company, | Case No.  C072556 JL |
| 12 | [Assigned to Magistrate Judge James Larsen] |
| 13           Plaintiff, | |
| 14           vs. | NOTICE OF MOTION AND MOTION OF PLAINTIFF LA QUINTA FRANCHISING, LLC, FOR DEFAULT |
| 15  CORDELIA HOTEL VENTURE, INC., a California Corporation and DOLAT PATEL, an individual, | JUDGMENT AGAINST DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL |
| 16 | |
| 17           Defendants. | Date:        TBD Time:        TBD Dept:        TBD |
| 18 | |
| 19 | [Filed concurrently with Points and Authorities; Declaration of Rajiv Trivedi; Declaration of Joel Siegel; and [Proposed] Order] |
| 20 | |
| 21 | |

22

23     TO DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT

24  PATEL:

25        PLEASE TAKE NOTICE that on a date and at a time TBD later, in

26  Courtroom F of the above-entitled Court, located at 450 Golden Gate Ave., San

27  Francisco, California, Plaintiff La Quinta Franchising, LLC ("Plaintiff") will

28  present its Motion for Default Judgment in the amount of **$129,131.45** ("Motion")

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS645478.2

against Defendants Cordelia Hotel Venture, Inc. and Dolat Patel.  The Clerk previously has entered defaults against Defendant Cordelia Hotel Venture, Inc. and Dolat Patel on July 10, 2007.

This Motion is based upon the Memorandum of Points and Authorities, the Declaration of Rajiv Trivedi, and the Declaration of Joel Siegel, filed and served concurrently herewith, on the following grounds: Plaintiff completed service of the Summons and Complaint on Defendant on May 15, 2007.  Defendant did not file a responsive pleading or otherwise defend against Plaintiff's Complaint within the 20-day period, which expired on June 4, 2007, or at any time to date since the service was completed.  This Court entered default as to Defendants Cordelia Hotel Venture Inc. and Dolat Patel on July 10, 2007.

Dated: August 20, 2007

BRYAN CAVE LLP
JOEL D. SIEGEL

By: _____
Joel D. Siegel
Attorneys for Plaintiff
LA QUINTA FRANCHISING, LLC

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS645478.2

2

MOTION FOR DEFAULT JUDGMENT

1

## PROOF OF SERVICE

2

3    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

4    **On August 20, 2007, I served the following documents, described as:**

5

6    NOTICE OF MOTION AND MOTION OF PLAINTIFF LA QUINTA FRANCHISING, LLC, FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL

7

8    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL

9

10    DECLARATION OF RAJIV TRIVEDI IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

11    DECLARATION OF JOEL SIEGEL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

12

13    [PROPOSED] ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL

14

15    on each interested party in this action, as follows:

16    Dolat Patel                          Mohammed Rahseparian,

17    782 Ignacio Woods Court              Agent for Service of Process
      Concord, CA 94518                    Cordelia Hotel Venture, Inc.

18                                         5370 Clayton Road

19                                         Concord, CA 94520

20

21    ☒    (BY MAIL)  I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

22

23

24

25    ☐    (BY DELIVERY)  I caused a true copy of the foregoing document to be served by delivery to the offices of counsel of record for the interested party in this action.

26    ☐    (BY FEDEX)  I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Executed on August 20, 2007, at Santa Monica, California.

☒   (FEDERAL ONLY)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

KAMEELAH HAKEEM

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

2