**BRYAN CAVE LLP**
Joel D. Siegel, California SBN: 155581
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Plaintiff,
La Quinta Franchising, LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT, SAN FRANCISCO

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CORDELIA HOTEL VENTURE, INC., a California Corporation and DOLAT PATEL, an individual, <br><br> Defendants. | Case No. C072556 JL <br><br> [Assigned to Magistrate Judge James Larsen] <br><br> DECLARATION OF JOEL SIEGEL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT <br><br> Date: TBD <br> Time: TBD <br> Dept: TBD <br><br> [Filed concurrently with Notice of Motion and Motion for Default Judgment; Points and Authorities; and [Proposed] Order] |

I, Joel Siegel, declare and state as follows:

1. I am an attorney, duly licensed to practice before the United States District Court Northern District, for the State of California. I am a partner of Bryan Cave LLP, attorneys for Plaintiff La Quinta Franchising, LLC ("La Quinta Franchising"). I submit this declaration in support of entry of default judgment against Defendants Cordelia Hotel Venture, Inc. and Dolat Patel. This Declaration is based upon my personal knowledge, and if I were called as a witness, I could and

would testify as set forth below.

2. I have primary responsibility for the handling of this matter on behalf of the Plaintiff. I have personally handled and am familiar with the preparation of the research, pleadings, motion and supporting evidence necessary to obtain judgment in favor of Plaintiff in this action.

3. The Agreements at issue in this case contain an attorneys' fees provision at Section 20.07 that provides that reasonable attorneys' fees and costs incurred in an action arising out of or relating to the Agreements shall be recovered by the prevailing party. See Declaration of Rajiv Trevidi, Exh. "1."

4. In the preparation and research of the pleadings and evidence, Plaintiff incurred time and costs necessary to obtain judgment in this action. There were various costs incurred, including but not limited to, costs expended in conducting research, drafting the complaint and preparing papers to obtain an entry of default and default judgment. I am the former Note and Article Editor of The Hastings Law Journal and have been practicing law since 1991. I am now a partner at Bryan Cave, LLP and my billing rate is $460 an hour. Heather Orr is an associate at Bryan Cave LLP and her billing rate is $305 an hour. She is a 2005 graduate of University of Pennsylvania and was admitted to practice in 2005. These services were reasonable and necessary for this purpose and, based upon my experience, I believe the fees are both reasonable and customary in this community for provision of legal services in litigation of this nature. Attached hereto as **Exhibit "1,"** and incorporated herein, is a true and correct copy of the redacted bills in this matter.

5. The total amount of attorneys' fees incurred in connection with obtaining judgment upon the evidence submitted in this action was at least $22,414.00, per L.R. 55. In addition, Plaintiff incurred filing fees of $1,822.82. Plaintiff requests an award of fees and costs of $24,232.82.

6. Additionally, Plaintiff requests the award of prejudgment interest in the amount of $4,898.63 which is an amount equal to 6% interest on the

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1  $100,000 in liquidated damages owed to La Quinta Franchising accruing from the
2  date on which the Franchise Agreement was breached until the current date.
3      7.   Since Defendants are not infants, incompetent persons or serving
4  in the military, the Soldiers' and Sailors' Civil Relief Act does not apply. Notice
5  and motion papers have been served as required under FRCP Rule 55(b)(2) upon
6  Defendants in this action.
7      8.   Defendants' defaults were entered on July 10, 2007. Attached
8  hereto as **Exhibit "2,"** and incorporated herein, is a true and correct copy of the
9  entry of default.
10     I declare under penalty of perjury of the laws of the United States of
11 America that the foregoing is true and correct.
12     Executed on August 20, 2007, at Santa Monica, California.

_____
Joel Siegel

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

**EXHIBIT 1**

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 11/27/2006 12/14/2006 | 9803 | Joel D. Siegel Invoice=9560757 | 1.3 | 565.5 | Review correspondence and threat of impending litigation from opposing counsel; correspondence to and from client review client documents for and draft initial Complaint; confirm venue |
| 11/28/2006 12/14/2006 | 9803 | Joel D. Siegel Invoice=9560757 | 2.7 | 1,174.50 | Work on and revise Complaint; multiple correspondence and tel conference with client re |
| 11/29/2006 12/14/2006 | 9803 | Joel D. Siegel Invoice=9560757 | 2.3 | 1,000.50 | Reviese and forward draft correspondence and brief research regarding |
| 11/29/2006 12/14/2006 | 9843 | Shelly C. Gopaul Invoice=9560757 | 0.5 | 125 | Research on between parties; forwarded |
| 11/30/2006 12/14/2006 | 9803 | Joel D. Siegel Invoice=9560757 | 0.5 | 217.5 | Multiple tel conferences with client and opposing counsel re |
| 12/1/2006 1/26/2007 | 9803 | Joel D. Siegel Invoice=9569525 | 0.3 | 130.5 | Multiple correspondence with opposing counsel and client. |
| 12/13/2006 1/26/2007 | 9803 | Joel D. Siegel Invoice=9569525 | 0.4 | 174 | Multiple correspondence re |
| 4/23/2007 5/25/2007 | 9801 | Brian H. Cole Invoice=9594034 | 0.3 | 123 | Discussion concerning |
| 4/23/2007 5/25/2007 | 9803 | Joel D. Siegel Invoice=9594034 | 0.8 | 368 | Review file, status, and discuss strategy with |

| Date | Date2 | Name | Invoice | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 4/24/2007 | 5/25/2007 | 9803 Joel D. Siegel | Invoice=9594034 | 1.8 | 828 | Revisit pleading, documents and strategy; multiple correspondence and work to be done; begin with client |
| 4/24/2007 | 5/25/2007 | 4709 Karen S. Lasnick-McNei | Invoice=9594034 | 1 | 180 | Research |
| 4/25/2007 | 5/25/2007 | 9803 Joel D. Siegel | Invoice=9594034 | 0.9 | 414 | Review incoming research on ; multiple tel conferences with client re |
| 4/26/2007 | 5/25/2007 | 8642 Eliza M. Nichols | Invoice=9594034 | 1.3 | 396.5 | Revise and edit complaint. |
| 4/30/2007 | 5/25/2007 | 8642 Eliza M. Nichols | Invoice=9594034 | 2.5 | 762.5 | Revise and edit complaint; draft civil cover sheet and summons. |
| 4/30/2007 | 5/25/2007 | 9803 Joel D. Siegel | Invoice=9594034 | 0.4 | 184 | Review and final pleading; client correspondence. |
| 5/1/2007 | 6/29/2007 | 9803 Joel D. Siegel | Invoice=9601963 | 0.2 | 92 | Correspondence with client re |
| 5/10/2007 | 6/29/2007 | 9803 Joel D. Siegel | Invoice=9601963 | 0.6 | 276 | Correspondence with client, final complaint. |
| 5/11/2007 | 6/29/2007 | 9803 Joel D. Siegel | Invoice=9601963 | 0.4 | 184 | Client correspondence; prepare Complaint for filing, summons; service. |
| 5/14/2007 | 6/29/2007 | 9803 Joel D. Siegel | Invoice=9601963 | 0.3 | 138 | Final and arrange for service of Complaint. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 5/15/2007 | 9236 Karol M. Howard | 0.2 | 29 | Obtain contact information for |
| 6/29/2007 | Invoice=9601963 | 0.2 | 29 | |
| 5/29/2007 | 9236 Karol M. Howard | 0.2 | 29 | Obtain copy of docket for |
| 6/29/2007 | Invoice=9601963 | 0.2 | 29 | |
| 5/29/2007 | 4817 Susan M. Gordon | 0.2 | 50 | Update docketing database. |
| 6/29/2007 | Invoice=9601963 | 0.2 | 50 | |
| 6/12/2007 | 9236 Karol M. Howard | 0.2 | 29 | Obtain copy of docket for |
| 6/13/2007 | 8644 Heather S. Orr | 0.3 | 91.5 | Review docket to determine |
| 6/21/2007 | 4817 Susan M. Gordon | 0.2 | 50 | Research |
| 6/21/2007 | 4817 Susan M. Gordon | 3 | 750 | Draft motions for default for Dolat Patel and Cordelia Hotel and related documents. |
| 6/21/2007 | 9803 Joel D. Siegel | 0.5 | 230 | Confirm service and default strategy, work on same. |
| 6/25/2007 | 9803 Joel D. Siegel | 0.5 | 230 | Work on and arrange for defaults, paperwork, against Patel, et al. |
| 6/25/2007 | 4817 Susan M. Gordon | 5 | 1,250.00 | Revise requests for default and releated papers; prepare same for electronic filing; prepare service to counsel and courtesy copy to judge. |
| 7/5/2007 | 4817 Susan M. Gordon | 0.5 | 125 | Review docket for status of requests for default; contact court regarding same. |
| 7/5/2007 | 9803 Joel D. Siegel | 0.3 | 138 | Confirm status of default; correspondence with |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 7/5/2007 | 9236 Karol M. Howard | 0.2 | 29 | Obtain copy of docket for S. Gordon client. |
| 7/6/2007 | 9803 Joel D. Siegel | 0.5 | 230 | Follow up on default, status and judgment to be taken. |
| 7/10/2007 | 4817 Susan M. Gordon | 0.5 | 125 | Review docket for status of requests for default; contact court regarding entry of default today and documents requested by the court. |
| 7/10/2007 | 9236 Karol M. Howard | 0.2 | 29 | Obtain copy of docket for S. Gordon. |
| 7/11/2007 | 4817 Susan M. Gordon | 0.5 | 125 | Telephone conference with court clerk; electronically send documents requested by same. |
| 7/16/2007 | 4817 Susan M. Gordon | 1 | 250 | Telephone conference with court clerk; electronically forward materials requested by court clerk. |
| 7/19/2007 | 8644 Heather S. Orr | 0.5 | 152.5 | Conference with S. Gordon re begin reviewing case file in preparation for filing default judgment package; conference with J. Siegel re package. |
| 7/20/2007 | 8644 Heather S. Orr | 6 | 1,830.00 | Begin preparing default judgment package. |
| 7/24/2007 | 8644 Heather S. Orr | 0.5 | 152.5 | Review and edit Default Judgment package. |
| 7/25/2007 | 8644 Heather S. Orr | 3.2 | 976 | Revise Default Judgment package. |
| 7/25/2007 | 9803 Joel D. Siegel | 0.6 | 276 | Address failure to return manuals, default prove up and judgment. |

| Date | ID | Name | Hours | Amount | Description |
|---|---|---|---|---|---|
| 7/25/2007 | 9804 | Glenn Plattner | 2.6 | 1,105.00 | Review and revise motion for default and related documents. |
| 7/27/2007 | 9804 | Glenn Plattner | 2.8 | 1,190.00 | Review and revise motion for default judgment and related declarations. Legal research re Texas law for liquidated damages and interest. |
| 7/27/2007 | 8644 | Heather S. Orr | 0.3 | 91.5 | Review correspondance re revisions to Default Package. |
| 7/30/2007 | 8644 | Heather S. Orr | 5 | 1,525.00 | Revise and edit default judgment prove-up package; conduct follow-up research re prejudgment interest rates allowable in Texas. |
| 7/31/2007 | 8644 | Heather S. Orr | 5.7 | 1,738.50 | Revise and edit default judgement package. |
| 7/31/2007 | 9804 | Glenn Plattner | 2.7 | 1,147.50 | Legal research re liquidated damages. Review and revise motion and related papers. |
| 7/31/2007 | 9803 | Joel D. Siegel | 0.7 | 322 | Review and revise supporting Trivedi declaration, motion; multiple correspondence with client re same. |
| 7/31/2007 | 5897 | Rachel J. Hernandez | 0.3 | 12 | Redacting documents. |
| 8/1/2007 | 9804 | Glenn Plattner | 2.7 | 1,147.50 | Legal research and work on liquidated damages section of motion for default. |

```
                    UNBILLED TOTALS:   WORK:    47    15,347.50   29 records
                    UNBILLED TOTALS:   BILL:   45.5   14,972.50
                    BILLED TOTALS:     WORK:  19.1    7,441.50   22 records
                    BILLED TOTALS:     BILL:  19.1    7,441.50
```

```
GRAND TOTALS:   WORK:   66.1   22,789.00   51 records
GRAND TOTALS:   BILL:   64.6   22,414.00
```

Case 4:07-cv-02556-CW   Document 12   Filed 08/20/2007   Page 10 of 14

EXHIBIT 2

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 10, 2007

RE: CV 07-02556 JL  LA QUINTA FRANCHISING-v- CORDELIA HOTEL VENTURE INC

Default is entered as to defendant's Cordelia Hotel Venture Inc. and Dolat Patel on 7/10/07.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

**On August 20, 2007, I served the following documents, described as:**

NOTICE OF MOTION AND MOTION OF PLAINTIFF LA QUINTA FRANCHISING, LLC, FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL

DECLARATION OF RAJIV TRIVEDI IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

DECLARATION OF JOEL SIEGEL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

[PROPOSED] ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL

on each interested party in this action, as follows:

Dolat Patel
782 Ignacio Woods Court
Concord, CA 94518

Mohammed Rahseparian,
Agent for Service of Process
Cordelia Hotel Venture, Inc.
5370 Clayton Road
Concord, CA 94520

☒ **(BY MAIL)** I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ **(BY DELIVERY)** I caused a true copy of the foregoing document to be served by delivery to the offices of counsel of record for the interested party in this action.

☐ **(BY FEDEX)** I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

SM01DOCS648638.1

PROOF OF SERVICE

1     Executed on August 20, 2007, at Santa Monica, California.

2     ☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3     I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

*/s/ Kameelah Hakeem*
KAMEELAH HAKEEM

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386