UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LA QUINTA FRANCHISING

        Plaintiff(s),

   v.

CORDELIA HOTEL VENTURE INC

        Defendant(s).

_____/

No. 07-02556 JL

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

**XX**    (2)    One or more of the parties has sought a kind of judicial action (i.e.,motion for default judgment) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for September 5, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated:  September 4, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Wings Hom, Deputy Clerk

1