**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                         General Court Number
Clerk                                                             415.522.2000

**September 5, 2007**

**CASE NUMBER:  CV 07-02556 JL**
**CASE TITLE:  LA QUINTA FRANCHISING-v-CORDELIA HOTEL VENTURE INC**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/05/07

                                                    FOR THE EXECUTIVE COMMITTEE:

                                                    _____/s/ Richard W. Wieking_____
                                                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                      Special Projects
Log Book Noted                                      Entered in Computer 09/05/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                             Transferor CSA