IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAQUINTA FRANCHISING LLC,　　　　　　　　　No. C 07-02556 CW

　　　　Plaintiff,　　　　　　　　　　　　ORDER OF REFERENCE
　　　　　　　　　　　　　　　　　　　　　　TO MAGISTRATE JUDGE
　　v.

CORDELIA HOTEL VENTURE INC. ET AL,

　　　　Defendant.
_____/

　　Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to Magistrate Judge James Larson to be heard and considered at the convenience of his calendar  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 9/11/07

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Wings; JL w/mo.