UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LA QUINTA FRANCHISING,

    Plaintiff(s),                              No.C07-2556 CW (JL)

  v.                                       **NOTICE**

CORDELIA HOTEL

    Defendant(s).
_____/

    Plaintiff's motion for default judgment in the above entitled case will be heard on October 17, 2007 @ 9:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: September 26, 2007

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm                 1