## CIVIL MINUTES

**Chief Magistrate Judge James Larson**            **Belle Ball - Court Reporter**
                                                   **10:01-10:05 (4 min)**

Date: **October 17, 2007**

Case No: **C07- 2556 CW (JL)**

Case Name: **LaQuinta Franchising v. Cordelia Hotel**
Plaintiff  Attorney(s): Glenn Plattner
Defendant Attorney(s):
Deputy Clerk:  **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Pltf's mo for default judgt | Submitted |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING: Pltf to submit amended declaration and order by 10/22/07.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ] Court


Notes:



cc: Venice, Kathleen, Sheilah