UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaQuinta Franchising, LLC | No. C 07-2556 CW (JL) |
| Plaintiffs, | |
| v. | **ORDER TO FILE AMENDED DECLARATION OF COSTS** |
| Cordelia Hotel Venture Inc, et al., | |
| Defendants. | |

Plaintiff La Quinta Franchising, LLC filed a Motion for Default Judgment on August 20, 2007. The Motion was referred to this Court by Hon. Claudia Wilken for a Report and Recommendation on September 11, 2007. The Motion was heard by this Court on October 17, 2007.

It is HEREBY ORDERED that Counsel for La Quinta Franchising, LLC shall file an amended declaration clarifying the request for attorney's fees, costs of suit, and prejudgment interest.

DATED: October 18, 2007

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-2556\Order_to_file.wpd 1