Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **NORTHERN DISTRICT, SAN FRANCISCO**

8

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company, | Case No.  C072556 JL |
| Plaintiff, | [Assigned to Magistrate Judge James Larsen] |
| vs. | [AMENDED PROPOSED] DEFAULT JUDGMENT AGAINST |
| CORDELIA HOTEL VENTURE, INC., a California Corporation and DOLAT PATEL, an individual, | DEFENDANTS CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL |
| Defendants. | Date:        October 17, 2007<br>Time:        9:30 a.m.<br>Dept:        F |

9

10    Plaintiff,

11    vs.

12

13

14    Defendants.

15

16

17

18         Having reviewed Plaintiff's Motion for Default Judgment, and the files and

19    records in this action, including the declarations and memorandum in support

20    thereof, and good cause appearing, the Court grants the motion for default judgment

21    against Defendants CORDELIA HOTEL VENTURE, INC. and DOLAT PATEL.

22         IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby

23    entered against Defendants, jointly and severally, and in favor of La Quinta

24    Franchising, LLC as follows:

25    (a)    **$100,000 due under the liquidated damages clause of the License**

26    **Agreement;**

27    (b)    **$6,164.38 in prejudgment interest;**

28    (c)    **$22,414.00 for attorneys' fees; and**

SM01DOCS645471.2

1        **(d)**    **$1,822.82 in costs**

2        **(e)**    **Defendants shall return the Systems Manual, Purchasing Manual**

3    **and Design & Construction Manual to Plaintiff.**

4

5

6

7

    DATED:    _____    _____

8                                               Judge of the United States District Court

9

10   Presented by:

11

12   _____

      Joel D. Siegel

13   Attorneys for Plaintiff

    La Quinta Franchising, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

[PROPOSED] ORDER FOR DEFAULT JUDGMENT

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

PROOF OF SERVICE

1

2    I am employed in the County of Los Angeles, State of California. I am
over the age of 18 and not a party to the within action. My business address is 120
3    Broadway, Suite 300, Santa Monica, CA 90401-2305.

4
    On October 22, 2007, I served the following documents on each
5    interested party in this action, as follows:

6    **[AMENDED PROPOSED] DEFAULT JUDGMENT AGAINST**
    **CORDELIA HOTEL VENTURE, INC. AND DOLAT PATEL**
7

8                        Dolat Patel
                    Cordelia Hotel Ventures, Inc.
9                        5370 Clayton Road
10                       Concord, CA 94521

11
    ☒    (BY MAIL) I placed a true copy of the foregoing document in a
12    sealed envelope addressed to each interested party as set forth above. I placed each
    such envelope, with postage thereon fully prepaid, for collection and mailing at
13    Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave
14    LLP's practice for collection and processing of correspondence for mailing with the
    United States Postal Service. Under that practice, the correspondence would be
15    deposited in the United States Postal Service on that same day in the ordinary
16    course of business.

17    ☒    (FEDERAL ONLY) I declare that I am employed in the office
18    of a member of the bar of this Court at whose direction the service was made.

19    I declare under penalty of perjury under the laws of the United States
    of America that the foregoing is true and correct. Executed on October 22, 2007, at
20    Santa Monica, California.

21

22                    _____
23                    Dora Barnett

24

25

26

27

28

SM01DOCS648485.1