IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>CORDELIA HOTEL VENTURE, INC., et al.,<br><br>         Defendants.<br>_____/ | No. 07-02556 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT MOTION FOR DEFAULT JUDGMENT |

The Court has reviewed Magistrate Judge James Larson's Report and Recommendation to Grant Motion for Default Judgment. No objections to the report were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 12/13/07

_____
CLAUDIA WILKEN
United States District Judge