IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LA QUINTA FRANCHISING, LLC, a Nevada limited liability company

    Plaintiff,

  v.

CORDELIA HOTEL VENTURE, INC., a California corporation, and DOLAT PATEL, an individual,

    Defendants.

No. C 07-02556 CW

DEFAULT JUDGMENT

For the reasons set forth in Magistrate Judge James Larson's Report and Recommendation to Grant Motion for Default Judgment filed November 16, 2007, and adopted by this Court,

IT IS ORDERED AND ADJUDGED

That default judgment is entered against Cordelia Hotel Venture, Inc., and Dolat Patel, jointly and severally, in favor of La Quinta Franchising, LLC.  Plaintiff La Quinta Franchising, LLC, shall recover of Defendants Cordelia Hotel Venture, Inc., and Dolat Patel liquidated damages in the amount of $100,000.00, prejudgment interest in the amount of $6,184.38, and attorneys' fees in the amount of $19,727.00, for a total amount of $125,911.38 in monetary damages, with interest thereon as provided by 28 U.S.C. § 1961.  A bill of costs must be served and filed no later than fourteen days after entry of judgment with the appropriate affidavit and

supporting documentation in order to receive further compensation for costs of suit.  Defendants shall return the Systems Manual, Purchasing Manual and Design & Construction Manual to Plaintiff.

    Entered at Oakland, California, this 13th day day of December, 2007.

                                      RICHARD WIEKING
                                      Clerk

                          By:  _____
                                      SHEILAH CAHILL
                                      Deputy Clerk